M. P. No. 76-237. IN RE ROBERT MARION PALMER. Motion for special assignment denied and the Attorney General is requested to file a brief as amicus curiae. *Barry Kusinitz, Alden C. Harrington, Rhode Island Legal Services, Inc.,* for petitioner. *Julius C. Michaelson,* Attorney General, amicus curiae.

M. P. No. 76-238. ERNEST CORVESE *et al. v.* DONALD M. CAPUANO, *Tax Assessor for the City of Providence, Rhode Island.* Petition for writ of certiorari denied. *Francis A. Gaschen, Norman L. Grant,* for petitioners. *John Rotondi, Jr.,* Deputy City Solicitor, *DeSimone, Del Sesto & Del Sesto, Bruce A. Leach,* for respondent.

M. P. No. 76-292. DAWN FANNING RATHBUN *v.* JOSEPH AND ALYCE FANNING. Motion of petitioner for an extension of time to transmit the record from the court below granted. Said record shall be filed on or before October 23, 1976. *Philip M. Hak,* for petitioner. *Isidore Kirshenbaum,* for respondents.

M. P. No. 76-299. HAXTON'S OF RIVERSIDE, INC. *v.* DEEB G. SARKAS *et al.* Petition for writ of certiorari denied. Petitioner's motion for a stay of the Superior Court's order denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for plaintiff-respondent. *Stephen A. Gordon, Alan T. Dworkin,* for defendants-petitioners Rhode Island Liquor Stores Association and East Providence Beverage Company.

M. P. No. 76-303. HAXTON'S OF RIVERSIDE, INC. *v.* DEEB SARKAS *et al.* Petition for writ of certiorari denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for defendant-petitioner, Deeb Sarkas.

M. P. No. 76-310. JOHN M. WALKER CO., INC. *v.* RAYMOND H. HAWKSLEY *et al.* Motion of petitioner for temporary restraining order pending issuance of certiorari denied. The petition for certiorari denied. *Abedon & Visconti Ltd., Girard R.*